PROB 12C
(6/16)

Report Date:  March 25, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 26, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kenneth K. Watts          Case Number: 0980 2:15CR00029-JLQ-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: September 4, 2015

Original Offense:     Receipt of Child Pornography, 18 U.S.C. § 2252A(a)(2)

Original Sentence:    Prison - 60 months            Type of Supervision: Supervised Release
                      TSR - 120 months

Asst. U.S. Attorney:  James Goeke                   Date Supervision Commenced: January 10, 2020

Defense Attorney:     Federal Defender's Office     Date Supervision Expires: January 9, 2030

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #19**: You shall be prohibited from possessing or manufacturing any material, including videos, magazines, photographs, computer-generated depictions, or any other media that depict sexually explicit conduct involving children or adults, as defined at 18 U.S.C. § 2256(2).  You shall not enter any establishment involved in the sex industry, including but not limited to adult bookstores, massage parlors, and strip clubs.  You shall not utilize ay sex-related telephone numbers.  The supervising officer is authorized to monitor compliance in this area by obtaining relative records including but not limited to telephone, internet, credit cards and bank statements. |

**Supporting Evidence**: On March 13, 2020, Kenneth Watts violated the above-stated condition of supervision by accessing sexually explicit material.

On January 13, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Watts, as outlined in the judgment and sentence.  He signed the judgment acknowledging the requirements.

On March 16, 2020, the undersigned officer received the offender's weekly report from Covenant Eyes.  The report identified two concerning screen shots.  Upon reviewing the concerning images, this officer discovered that one image was of a young woman, from the waist up, and she was nude, thus exposing her bare breasts.

Prob12C
**Re: Watts, Kenneth K**
**March 25, 2020**
**Page 2**

2    **Special Condition #15**: You shall actively participate and successfully complete an approved state-certified sex offender treatment program. You shall follow all lifestyle restrictions and treatment requirements of the program. You shall participate in special testing in the form of polygraphs, in order to measure compliance with the treatment program requirements. You shall allow reciprocal release of information between the supervising officer and the treatment provider. You shall pay for treatment and testing according to your ability.

**Supporting Evidence**: On March 16, 2020, Kenneth Watts admitted to searching for pictures of children, which the undersigned officer confirmed violates his current sex offender treatment program.

On January 13, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Watts, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

On March 16, 2020, the undersigned officer received the offender's weekly report from Covenant Eyes. The report identified two concerning screen shots, as well as other screen shots, to give this officer an idea of what kind of content Mr. Watts had been accessing with his mobile device. Most of the screen shots were collages of young children.

On that date, this officer contacted the offender to discuss the Covenant Eyes report, which he also has access to. This officer inquired about what he had searched for to arrive at those images, and Mr. Watts stated he had searched for "Philippine children" and "children and tongue." When asked what "children and tongue" meant, the offender explained it was children sticking out their tongue. He insisted he was "just looking," but the undersigned officer explained that searching for such images are counterproductive to his sex offender treatment program regardless of the fact that the children in the photos had their clothing on.

On March 18, 2020, the undersigned was able to speak with Priscilla Hannon, the offender's sex offender treatment provider. Ms. Hannon confirmed that such online searches are not conducive to his treatment plan nor his efforts to avoid re-offending.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    03/25/2020

s/Amber M.K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

Prob12C

**Re: Watts, Kenneth K**
**March 25, 2020**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

3/26/2020
_____
Date