PROB 12C  
(6/16)

Report Date: May 6, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 06, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kenneth K. Watts    Case Number: 0980 2:15CR00029-WFN-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 4, 2015

| | |
|---|---|
| Original Offense: | Receipt of Child Pornography, 18 U.S.C. § 2252A(a)(2) |
| Original Sentence: | Prison - 60 months     Type of Supervision: Supervised Release
TSR - 120 months |
| Asst. U.S. Attorney: | James Goeke     Date Supervision Commenced: January 10, 2020 |
| Defense Attorney: | Molly Marie Winston     Date Supervision Expires: January 9, 2030 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 03/25/2020.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number    Nature of Noncompliance

3    **Special Condition #19:** You shall be prohibited from possessing or manufacturing any material, including videos, magazines, photographs, computer-generated depictions, or any other media that depict sexually explicit conduct involving children or adults, as defined at 18 U.S.C. § 2256(2). You shall not enter any establishment involved in the sex industry, including but not limited to adult bookstores, massage parlors, and strip clubs. You shall not utilize any sex-related telephone numbers. The supervising officer is authorized to monitor compliance in this area by obtaining relative records including but not limited to telephone, internet, credit cards and bank statements.

**Supporting Evidence**: On May 4, 2020, Kenneth Watts violated the above-stated condition of supervision by accessing sexually explicit material.

On January 13, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Watts, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

On May 4, 2020, the undersigned officer received the offender's weekly report from Covenant Eyes. The report identified one concerning screen shot. Upon reviewing the

Prob12C
**Re: Watts, Kenneth K**
**May 6, 2020**
**Page 2**

image, this officer discovered that the screen shot depicted a young girl laying on her back while an adult male is spreading the child's legs.

When the undersigned officer asked Mr. Watts what he was looking at when the screen shot in question was taken, the offender insisted he had been searching for Bruce Lee, the actor. He claims that while watching videos, he came upon the video from which the screen shot was taken. Mr. Watts admitted, when the video first began, it showed the little girl laying on her stomach while the man rubbed oil on her. Mr. Watts claimed that the man then flipped the girl over and began spreading her legs, which is when Covenant Eyes took a screen shot.

4    **Special Condition #15:** You shall actively participate and successfully complete an approved state-certified sex offender treatment program. You shall follow all lifestyle restrictions and treatment requirements of the program. You shall participate in special testing in the form of polygraphs, in order to measure compliance with the treatment program requirements. You shall allow reciprocal release of information between the supervising officer and the treatment provider. You shall pay for treatment and testing according to your ability.

**Supporting Evidence**: On May 4, 2020, Kenneth Watts failed to follow all lifestyle restrictions and treatment requirements of his current sex offender treatment program.

On January 13, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Watts, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

On May 4, 2020, the undersigned officer received the offender's weekly report from Covenant Eyes. The report identified one concerning screen shot. Upon reviewing the image, this officer discovered that the screen shot depicted a young girl laying on her back while an adult male was spreading the child's legs.

On May 5, 2020, the undersigned spoke with Priscilla Hannon, the offender's sex offender treatment provider. Ms. Hannon again confirmed that viewing such images or videos are not conducive to his current treatment plan or his efforts to avoid re-offending.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    05/06/2020

s/Amber M.K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

Prob12C
**Re: Watts, Kenneth K**
**May 6, 2020**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

_5/6/2020_____
Date