PROB 12C
(6/16)

Report Date:  August 7, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 10, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kenneth K. Watts          Case Number: 0980 2:15CR00029-WFN-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 4, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Receipt of Child Pornography, 18 U.S.C. § 2252A(a)(2) | | |
| Original Sentence: | Prison - 60 months<br>TSR - 120 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | James Goeke | Date Supervision Commenced: January 10, 2020 | |
| Defense Attorney: | Molly Marie Winston | Date Supervision Expires: January 9, 2030 | |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/25/2020 and 05/06/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #15**: You shall actively participate and successfully complete an approved state-certified sex offender treatment program.  You shall follow all lifestyle restrictions and treatment requirements of the program.  You shall participate in special testing in the form of polygraphs, in order to measure compliance with the treatment program requirements.  You shall allow reciprocal release of information between the supervising officer and the treatment provider.  You shall pay for treatment and testing according to your ability. |

**Supporting Evidence**: On August 3, 2020, Kenneth Watts admitted to searching for pictures of children, which the undersigned officer confirmed violates his current sex offender treatment program.

On January 13, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Watts, as outlined in the judgment and sentence.  He signed the judgment and acknowledged the requirements.

Prob12C
**Re: Watts, Kenneth K.**
**August 7, 2020**
**Page 2**

On August 3, 2020, the undersigned officer received the offender's weekly accountability report from Covenant Eyes. Upon reviewing the screen shots collected during the previous week, there were two screen shots that were concerning to this officer.

The first screen shot, captured at 10:09 a.m., on August 2, 2020, depicts multiple sets of minor-aged twins.

The second screen shot, captured at 3:50 p.m., on August 2, 2020, is a collage of minor-aged twins. In the photos, the toddlers in each set of twins are kissing.

On August 3, 2020, this officer contacted Mr. Watts to discuss the most recent accountability report. When asked what he had been searching for that led him to the images captured in the first screen shot, the offender admitted to searching for "twins" via Google.

When this officer inquired about the second screen shot, in which each of the twins are kissing, Mr. Watts insisted that he only searched for "twins" and that he cannot control what images pull up. As such, this officer asked why he would be searching for "twins", and he responded: "to see what I can see".

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    August 7, 2020

s/Amber M.K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

Prob12C
**Re: Watts, Kenneth K.**
**August 7, 2020**
**Page 3**

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[  ]    Defendant to appear before the Judge assigned to the
        case.
[X]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_____
Signature of Judicial Officer

 8/10/2020
_____
Date