PROB 12C
(6/16)

Report Date:  August 5, 2025

# United States District Court

## for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 06, 2025

SEAN F. McAVOY, CLERK

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kenneth K Watts          Case Number: 0980 2:15CR00029-TOR-1

Address of Offender: ███████████████████████ Spokane, Washington 99212

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: September 4, 2015

| | |
|---|---|
| Original Offense: | Receipt of Child Pornography, 18 U.S.C. § 2252A(a)(2), (b)(1) |

| | | |
|---|---|---|
| Original Sentence: | Prison - 60 months<br>TSR - 120 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Frieda K. Zimmerman | Date Supervision Commenced: January 10, 2020 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: January 9, 2030 |

### PETITIONING THE COURT

To issue a summons and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 10/24/2022.

On January 13, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Watts, as outlined in the judgment and sentence.  He signed the judgment acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Additional Special Condition Ordered on 10/21/2020**:  You must not access the Internet except for reasons approved in advance by the probation officer. |

**Supporting Evidence**: On or about May 31, 2025, Kenneth Watts allegedly violated the above-stated condition, by searching the Internet for sexually suggestive images of minor children.

On June 2, 2025, this officer received notification from Accountable2You (A2Y) that there was questionable Internet activity detected.  According to the questionable activity report, at approximately 7:49 a.m. on May 31, 2025, Mr. Watts had viewed a number of images to include: portrait-of-girl-in-bikini-RC7G4N.jpg146 KB; sun-kissed-beauty-smiling-blonde-girl-swimwear-sitting-beach-smiling-blonde-girl-sitting-swimwear-beach-107883500.jpg62.11 kB; and blonde-cute-seven-year-old-girl-having-fun-having-good-time-sea-holidays-cute-seven-year-old-girl-125233449.jpg187 kB.

**Prob12C**
**Re: Watts, Kenneth K**
**August 5, 2025**
**Page 2**

On June 10, 2025, the offender reported to the U.S. Probation Office (USPO) to meet with the assigned probation officer as instructed. When confronted by the report from A2Y, Mr. Watts admitted he had searched the Internet for "girls photos download." He stated that led him to a number of images, and while not all of the photos were of minor children, most were.

The offender was then asked if he would consent to a search of his cell phone. He consented and signed a consent search form as confirmation. Prior to the search being conducted, this officer asked Mr. Watts what the most egregious photos entailed. He subsequently admitted that he was "astounded" by the images of young girls sticking out their tounge, so he began to search for "girls showing tongue." According to the offender, he downloaded three or four images of girls sticking out their tounge with "stuff" coming out of their mouth; when asked what color the substance was, he stated that it was white.

On June 18, 2025, the U.S. Secret Service (USSS) conducted a forensic examination of the offender's cell phone. According to the "examiner observations & findings," the device was searched for evidence of child sexual abuse material (CSAM) activity, with negative results. It was although further noted that "the Internet browser on the device showed no history. This suggests that either the user of the device never accesses the Internet with the device or the history has been deleted." Because the offender has admitted to accessing the Internet with said device, the undersigned would opine that the device's Internet history has been deleted.

5          **Special Condition #15**: You shall actively participate and successfully complete an approved state-certified sex offender treatment program. You shall follow all lifestyle restrictions and treatment requirements of the program. You shall participate in special testing in the form of polygraphs, in order to measure compliance with the treatment program requirements. You shall allow reciprocal release of information between the supervising officer and the treatment provider. You shall pay for treatment and testing according to your ability.

**Supporting Evidence**: On or about May 31, 2025, Kenneth Watts failed to follow the lifestyle restrictions and treatment requirements of his sex offender treatment program.

The undersigned officer met with Mr. Watts on June 10, 2025, at which time he admitted to searching for and downloading images of minor children. During that meeting, this officer asked if he had reported his unauthorized Internet usage to his sex offender treatment provider and he confirmed he had not.

On June 20, 2025, the offender submitted to a polygraph test regarding the images of minors he had downloaded, as instructed by this officer.

On June 24, 2025, the results of that polygraph were received by the USPO. According to the report, "the age range of the images that he recalls, were girls from the ages of 3, to age 18." Additionally, Mr. Watts stated "he did masturbate to these images daily to every other day."

On July 2, 2025, this officer spoke with the offender's sex offender treatment provider who confirmed that such conduct violates the lifestyle restrictions of his sex offender treatment program.

Prob12C

**Re: Watts, Kenneth K**
**August 5, 2025**
**Page 3**

The U.S. Probation Office respectfully recommends the Court to issue a summons and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     08/05/2025

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

## THE COURT ORDERS

[ ]     No Action
[ ]     The Issuance of a Warrant
[X]     The Issuance of a Summons
[X]     The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]     Defendant to appear before the Judge assigned to the case.
[X]     Defendant to appear before the Magistrate Judge.
[ ]     Other

Thomas O. Rice

Signature of Judicial Officer

August 6, 2025

Date