PROB 12C
(6/16)

Report Date: September 15, 2026

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Sep 16, 2026
SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kenneth K. Watts

Case Number: 0980 2:15CR00029-TOR-1

Address of Offender: [redacted] Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: September 4, 2015

| | | |
|---|---|---|
| Original Offense: | Receipt of Child Pornography, 18 U.S.C. § 2252A(a)(2), (b)(1) | |
| Original Sentence: | Prison - 60 months<br>TSR - 120 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(October 8, 2025) | Prison - 9 months<br>TSR - 120 months | |
| Asst. U.S. Attorney: | Frieda Zimmerman | Date Supervision Commenced: July 2, 2026 |
| Defense Attorney: | Nate Poston | Date Supervision Expires: July 1, 2036 |

## PETITIONING THE COURT

To issue a summons.

On July 6, 2026, the offender's conditions of supervision were reviewed with him. He signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #1**: You must not access the Internet except for reasons approved in advance by the probation officer.<br><br>**Supporting Evidence**: On August 27, 2026, through September 1, 2026, Mr. Watts allegedly violated the above-stated condition by accessing the Internet for reasons unapproved by the probation officer.<br><br>On September 1, 2026, this officer received a weekly report furnished by Accountable2You indicating questionable Internet activity had been detected. According to the questionable activity report, between August 27, 2026, through September 1, 2026, Mr. Watts accessed hundreds of images, videos and applications that were sexual in nature. Mr. Watts did not have approval from the undersigned officer to access the Internet in this capacity. |
| 2 | **Special Condition #3**: You must actively participate and successfully complete approved state-certified sex offender treatment program. You must follow all lifestyle restrictions and |

treatment requirements of the program. You must participate in special testing in the form of polygraphs, in order to measure compliance with the treatment program requirements. You must allow reciprocal release of information between the supervising officer and the treatment provider. You must pay for treatment and testing according to your ability to pay.

**Supporting Evidence**: On August 27, 2026, through September 1, 2026, Mr. Watts allegedly violated the above-stated condition by failing to follow the lifestyle restrictions and treatment requirements of his sex offender treatment program.

Mr. Watts reported to the U.S. Probation Office on September 3, 2026, to discuss his highly questionable Internet usage following a report furnished by his computer monitoring software, Accountable2You. Mr. Watts eventually admitted to his inappropriate Internet use, coupled with his attempts to remain undetected by deleting his applications, videos, photos and search history.

On September 11, 2026, Mr. Watts was asked if he has disclosed this conduct to his sex offender treatment provider and he admitted he had not. On September 13, 2026, Mr. Watts' sex offender counselor was contacted and confirmed these behaviors violate the lifestyle restrictions of his sex offender treatment program.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 15, 2026

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice

Signature of Judicial Officer

September 16, 2026

Date